02-11-036-CV














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-11-00036-CV 

 

 


 
 
 In re Martin G. Castillo, Jr.
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

          The court has considered relator’s petition
for writ of mandamus and is of the opinion that relief should be denied.  The
trial court clerk has informed this court that the motion relator seeks a
ruling on has not been filed.

Accordingly,
relator’s petition for writ of mandamus is denied.

 

 

PER CURIAM

 

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and GARDNER, J.

 

DELIVERED: 
January 25, 2011











          [1]See
Tex. R. App. P. 47.4, 52.8(d).